# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-16473 |
| Case Title | Saginaw Police & Fire Pension Fund v. Marc Andreessen, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | September 9, 2014 | Time | 9:00 a.m. | Courtroom | 2 |
| Location | James R. Browning U.S. Court of Appeals Courthouse, San Francisco | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Marc J. Sonnenfeld |
| Address | 1701 Market Street |
| City | Philadelphia |
| State | PA |
| Zip Code | 19103 |
| Phone | (215) 963-5572 |
| Email Address | msonnenfeld@morganlewis.com |
| Party/parties represented | Appellee Hewlett-Packard Company |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Marc J. Sonnenfeld | Date | July 7, 2014 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190